IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NORET, et al.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPARTMENT OF THE TREASURY, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV F 11-1690 LJO MJS<br><br>**ORDER TO TAKE MOTION UNDER SUBMISSION**<br>(Docs. 9, 11.) |

Pursuant to its practice and Local Rule 230(g), this Court will consider defendant United States of America's motion to dismiss on the record without a hearing and VACATES the January 30, 2012 hearing. No party is to appear before this Court on January 30, 2012. Moreover, plaintiffs failed to file timely opposition papers to further warrant vacating the hearing. *See* Local Rule 230(c).

Due to bearing the heaviest caseload in the nation with the recent retirement of former U.S. District Judge Oliver Wanger, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations. As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge, whose caseload and availability is more accommodating to the parties. Forms to consent to a U.S. Magistrate Judge are available on this Court's website.

　　　　　　　　　IT IS SO ORDERED.

**Dated:　January 18, 2012**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1