IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NORET, et al.,<br><br>    Plaintiffs,<br>  vs.<br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-1690 LJO MJS<br><br>**CORRECTIVE ORDER**<br>(Doc. 17.) |

Page 7, line 21 of this Court's February 1, 2012 order incorrectly refers to Fed. R. Civ. Pro. 4(i)(A)(1). This Court corrects page 7, line 21 of the February 1, 2012 order to read Fed. R. Civ. Pro. 4(i)(1)(A) and ORDERS plaintiffs to comply with the February 1, 2012 order as so corrected. The clerk is directed to term doc. 17.

IT IS SO ORDERED.

**Dated:    February 10, 2012**              /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1