IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN NORET, et al., | CASE NO. CV F 11-1690 LJO MJS |
| Plaintiffs, | **CORRECTIVE ORDER** |
| vs. | (Doc. 17.) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Page 7, line 21 of this Court's February 1, 2012 order incorrectly refers to Fed. R. Civ. Pro. 4(i)(A)(1). This Court corrects page 7, line 21 of the February 1, 2012 order to read Fed. R. Civ. Pro. 4(i)(1)(A) and ORDERS plaintiffs to comply with the February 1, 2012 order as so corrected. The clerk is directed to term doc. 17.

IT IS SO ORDERED.

**Dated:   February 10, 2012**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1